UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-24824-CIV-WILLIAMS

CARLUS MCKAUFMAN,

    Petitioner,

v.

JIMMY COKER,

    Respondent.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Lisette M. Reid's Report and Recommendation ("***the Report***") (DE 38) that the Court deny *pro se* Petitioner Carlus McKaufman's ("***Petitioner***") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("***Section 2254 Petition***"). (DE 1.) Petitioner filed objections to the report. (DE 43.)

Upon an independent review of the Report, Petitioner's Objections, and the underlying record, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 38) are **AFFIRMED AND ADOPTED**.
2. Petitioner's Section 2254 Petition (DE 1) is **DENIED**.[1]
3. A certificate of appealability is **DENIED**.
4. Given the Court's denial of Petitioner's Section 2254 Petition (DE 1), all pending motions—including Petitioner's Motion for Partial Summary Judgment (DE 54)—are **DENIED AS MOOT**.
5. Final judgment in Respondent's favor will be entered separately in accordance with Fed. R. Civ. P. 58(a).
6. The Clerk of Court is directed to **CLOSE** this case.

---

[1] The Court also agrees with Judge Reid's determination that Petitioner is not entitled to an evidentiary hearing. (*See* DE 38 at 28.)

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>22nd</u> day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Carlus McKaufman, *Pro Se*
M86217
Wakulla Correctional Institution
Inmate Mail/Parcels
110 Melaleuca Drive
Crawfordville, FL 32327

Michael W. Mervine
Office of the Attorney General
Department of Legal Affairs
444 Brickell Avenue, Suite 650
Miami, FL 33131